

## Public Catalog

Copyright Catalog (1978 to present)
**Your search found no results. Refer to search examples, check spelling or try another search type.**
**Basic Search**    **Other Search Options**



Take a survey after you finish your search.

If you don't see the survey window pop up, please minimize your browser window to take the survey. Your pop up blocker should also be turned off.

### Search Hints

- Works registered prior to 1978 may be found only in the Copyright Public Records Reading Room.
- Can't find what you're looking for? Try our "Other Search Options".
- Search terms are not case sensitive.
- Search limits can be used with all "Search by:" options.

| Search Type | Hint |
|---|---|
| Title | - Omit initial articles (A, An, The, El, La, Das): **King and I**<br>- Type the entire title, or the first few words of the title, starting with the first word |
| Name | - For personal names, type last name first name: **Hillerman Tony**<br>- For corporate names, type in order: **Sony Music Entertainment**; **Walt Disney Company**<br><br>For Claimant names, go to **Other Search Options** and select "Name: Claimant (KLCN)" from the *Search by* box. For personal names, type first name last name: James Michener. For corporate names, type in order: Metro Goldwyn Mayer<br><br>For Document names, go to **Other Search Options** and select either "Docs: Party1 Statement (K291)" or "Docs: Party2 (K292)", or "Docs Party1/2 (KPTY)" from the *Search by* box. For personal names, type first name last name: Stephen King. For corporate names, type in order: Warner Brother Pictures |
| Keyword | |

| | |
|---|---|
| | - Searches word(s) anywhere in the record<br>- Retrieves records with at least one of your search words<br>- Use + before words that **must** appear in every record retrieved<br>- Use ! before words that **must not** appear in any record retrieved<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |
| **Registration Number** | - Omit spaces and hyphens<br>- Registration numbers must be 12 characters long. Type 2 letters followed by 10 digits, or 3 letters followed by 9 digits; add zeroes before the number:<br>**VAu-598-764** is typed **VAU000598764**,<br>**SR-320-918** is typed **SR0000320918** |
| **Document Number** | - Omit spaces and hyphens<br>- The number after the "v" is always 4 digits; the number after the "p" or "d" is always 3 digits<br>- **V2606 P87** is typed **V2606P087** |
| **Command Keyword** | - Use index codes and Boolean operators<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |

Help   **Search**   History   *Titles*   Start Over

Contact Us  | Request Copies  | Get a Search Estimate  | Frequently Asked Questions (FAQs) about Copyright
| Copyright Office Home Page  | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = deep tushy massage
Search Results: Displaying 1 of 1 entries



*Deep Tushy Massage 2.*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001766762 / 2011-12-08 |
| **Application Title:** | Deep Tushy Massage 2. |
| **Title:** | Deep Tushy Massage 2. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Celestial, Inc. Address: 23248 Canzonet St., Woodland Hills, CA, 91367, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-08-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Celestial, Inc., employer for hire; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Bryan William Ott, Celestial, Inc., 23248 Canzonet St, Woodland Hills, CA, 91367, United States, (818) 887-6343, (818) 554-0890, stoneycurtis@socal.rr.com |
| **Names:** | Celestial, Inc. |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page