# Select A Case

**Marvin N. Cable is an attorney in 37 cases.**

| | | | |
|---|---|---|---|
| 1:04-cv-11539-JLT | Stickle et al v. Orfanos | filed 07/09/04 | closed 06/06/06 |
| 1:11-cv-12000-RBC | Greenspan v. Random House, Inc. et al | filed 11/18/11 | closed 05/09/12 |
| 1:12-cv-10532-GAO | Patrick Collins, Inc. v. Does 1 - 79 | filed 03/23/12 | |
| 1:12-cv-10535-WGY | Third Degree Films v. Does 1 - 80 | filed 03/23/12 | |
| 1:12-cv-10537-RWZ | Patrick Collins, Inc. v. Does 1 - 45 | filed 03/23/12 | |
| 1:12-cv-10538-RGS | Digital Sin, Inc. v. Does 1 - 44 | filed 03/23/12 | |
| 1:12-cv-10756-NMG | Patrick Collins, Inc. v. Does 1 - 38 | filed 04/28/12 | |
| 1:12-cv-10757-DPW | Patrick Collins, Inc. v. Does 1 - 33 | filed 04/28/12 | |
| 1:12-cv-10758-GAO | Patrick Collins, Inc. v. Does 1 - 36 | filed 04/28/12 | |
| 1:12-cv-10759-DPW | Patrick Collins, Inc. v. Does 1 - 30 | filed 04/28/12 | |
| 1:12-cv-10760-WGY | Third Degree Films v. Does 1 - 72 | filed 04/28/12 | |
| 1:12-cv-10761-WGY | Third Degree Films v. Does 1 - 47 | filed 04/28/12 | |
| 1:12-cv-10762-WGY | Third Degree Films v. Does 1 - 47 | filed 04/28/12 | |

| | | |
|---|---|---|
| 1:12-cv-10763-WGY | Third Degree Films v. Does 1 - 39 | filed 04/28/12 |
| 1:12-cv-10803-DPW | New Sensations, Inc. v. Does 1 - 46 | filed 05/04/12 |
| 1:12-cv-10804-FDS | SBO Pictures v. Does 1 - 41 | filed 05/04/12 |
| 1:12-cv-10805-NMG | Discount Video Center, Inc. v. Does 1 - 29 | filed 05/04/12 |
| 1:12-cv-10810-MLW | Kick Ass Pictures, Inc. v. Does 1 - 25 | filed 05/04/12 |
| 1:12-cv-10813-MLW | Exquisite Multimedia, Inc. | filed 05/04/12 |
| 1:12-cv-10814-NMG | PW Productons, Inc. v. Does 1 - 19 | filed 05/04/12 |
| 1:12-cv-10815-RWZ | Paradox Pictures v. Does 1 - 20 | filed 05/04/12 |
| 1:12-cv-10816-JLT | Vineyard Entertainment LLC v. Does 1 - 23 | filed 05/04/12 |
| 1:12-cv-10817-RGS | Next Phase Distribution, Inc. v. Does 1 - 30 | filed 05/06/12 |
| 1:12-cv-10818-RGS | Next Phase Distribution, Inc. v. Does 1 - 23 | filed 05/06/12 |
| 1:12-cv-10944-NMG | New Sensations, Inc. v. Does 1 -83 | filed 05/26/12 |
| 1:12-cv-10945-GAO | Digital Sin, Inc. v. Does 1 - 45 | filed 05/26/12 |
| 1:12-cv-10946-DJC | Digital Sin, Inc. v. Does 1 - 41 | filed 05/26/12 |
| 1:12-cv-10947-PBS | Third World Media, LLC v. Does 1 - 21 | filed 05/26/12 |

| | | |
|---|---|---|
| 1:12-cv-10948-DPW | Celestial, Inc. v. Does 1 - 28 | filed 05/26/12 |
| 1:12-cv-10949-RWZ | BlueBird Films, LLC v. Does 1 - 37 | filed 05/26/12 |
| 3:12-cv-30074-MAP | William v. University of Massachusetts at Amherst et al | filed 04/09/12   closed 06/19/12 |
| 3:12-cv-30083-KPN | Media Products, Inc. v. Does 1 - 64 | filed 05/05/12 |
| 3:12-cv-30084-KPN | Media Products, Inc. v. Does 1 - 49 | filed 05/05/12 |
| 3:12-cv-30085-MAP | Combat Zone, Inc. v. Does 1 - 84 | filed 05/05/12 |
| 3:12-cv-30086-MAP | Combat Zone, Inc. v. Does 1 - 22 | filed 05/05/12 |
| 3:12-cv-30087-KPN | West Coast Productions, Inc. v. Does 1 - 23 | filed 05/05/12 |
| 3:12-cv-30100-KPN | Media Products, Inc. v. Does 1 - 120 | filed 05/26/12 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/27/2012 14:22:51 | | | |
| PACER Login: | st1820 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: cable First Name: marvin Type: aty |
| Billable Pages: | 1 | Cost: | 0.10 |